UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8393-WM

IN RE SEALED MOTION
_____/

FILED BY **SW** D.C.
**Aug 8, 2023**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MOTION TO SEAL

**NOW COMES** the United States of America, by and through its undersigned attorney, and respectfully requests that the Complaint and Affidavit in support, arrest warrant, this motion and any resulting order be SEALED until further order of this court, excepting the United States Attorney's Office which may obtain copies sealed documents for any necessary cause, for the reason that the safety of certain witnesses, including law enforcement, and the integrity of any ongoing investigation may be compromised should knowledge of this motion become public.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ROBIN W. WAUGH
Assistant United States Attorney
Florida Bar #: 537837
500 South Australian Avenue, 4th Flr.
West Palm Beach, Florida 33401
Tel: (561) 820-8711
robin.waugh@usdoj.gov