UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80154-MIDDLEBROOKS

UNITED STATES OF AMERICA,

v.

GREGORY SCOTT KEOUGH,

Defendant.
_______________________________/

FILED BY SW D.C.
Nov 21, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE [DE 46]**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Modify Conditions of Release ("Motion to Modify") [DE 46]. As part of the Motion to Modify, Defendant seeks to modify the conditions of his release to include a curfew of 10:00 p.m. to 8:00 a.m. Moreover, Defendant has requested the elimination of the requirement that he provide Probation a one-week advance schedule.

Previously, after a lengthy series of detention hearings, the Court denied the United States' Motion for Pretrial Detention and entered an Order Setting Conditions of Release to Defendant's brother in-law's home, including home detention and GPS monitoring. DE 26, 28, 29. And, on September 6, 2023, Defendant posted bond and was released. Defendant has been on release since that time and has met all conditions of pretrial release. Defendant entered a guilty plea to Counts 4, 5 and 8 of the Indictment on November 13, 2023 [DE 43] and sentencing is scheduled for February 8, 2024 [DE 44].

The assigned U.S. Probation Officer voiced no objection to the recommended bond modification. In fact, the Undersigned United States Magistrate Judge spoke with Probation Officer Lucien Michel on November 21, 2023 and he advised that he had no objection to a

modification of Defendant's pretrial release condition of Home Detention to a daily curfew of 10:00 p.m. to 8:00 a.m. and elimination of the weekly schedule requirement. The Court finds that since Defendant is now being placed on a daily curfew in lieu of Home Detention, the requirement of a weekly schedule submission is no longer necessary.

Accordingly, in consideration of all the circumstances, a careful review of the docket, noting that the AUSA has no objection, and after consultation with Probation Officer Lucien Michel, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Modify [DE 46] is **GRANTED AS FOLLOWS**: The Home Detention component of Defendant's release conditions is hereby terminated. In lieu of Home Detention, a daily curfew of 10:00 p.m. to 8:00 a.m. is hereby imposed. Defendant shall at all times be at his approved place of residence each day between 10:00 p.m. and 8:00 a.m. Further, Defendant shall no longer have to submit a weekly schedule to Probation. All other conditions, including GPS monitoring, remain in full force and effect. Defendant is cautioned that the Court expects and requires strict compliance with all conditions of release.

**DONE AND ORDERED**, in Chambers, this 21st day of November 2023, in West Palm Beach, Florida.

William Matthewman
WILLIAM MATTHEWMAN
United States Magistrate Judge