UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23CR80154

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY SCOTT KEOUGH,

Defendant.

______________________________/

**ORDER ON MOTION TO DISCHARGE CORPORATE SURETY BOND**

THIS CAUSE having come before this Court on Defendant's Motion to Discharge Corporate Surety Bond, posted by Allegheny Casualty Company, Bond Amount: $1,500,000.00 [DE:29], and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Discharge Corporate Surety Bond posted by Allegheny Casualty Company, Bond Amount: $1,500,000.00 is hereby GRANTED.

DONE AND ORDERED at West Palm Beach, Florida, this 25th day of April, 2024.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

All parties of record