UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23CR80154

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY SCOTT KEOUGH,

Defendant.

_______________________________/

**ORDER ON MOTION TO DISCHARGE PERSONAL SURETY BOND**

THIS CAUSE having come before this Court on Defendant's Motion to Discharge Personal Surety Bond posted, Bond Amount: $1,500,000.00 [DE:28], and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Discharge Personal Surety Bond posted, Bond Amount: $1,500,000.00 is hereby GRANTED.

DONE AND ORDERED at West Palm Beach, Florida, this 25th day of April, 2024.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

All parties of record