**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-80154-MIDDLEBROOKS**

**UNITED STATES OF AMERICA**

**v.**

**GREGORY SCOTT KEOUGH,**

**Defendant.**

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On February 8, 2024, the Court entered a Judgment, ECF No. 60, directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *s/ Marx P. Calderón*

Marx P. Calderón
Assistant United States Attorney
Court ID No. A5502700
U.S. Attorney's Office
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9036
E-mail: Marx.Calderon@usdoj.gov