UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80154-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY SCOTT KEOUGH,

Defendant.

_______________________________/

**ORDER ON DEFENDANTS MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court upon Defendant's Motion to Modify Conditions of Supervised Release (DE 70). Defendant is seeking to modify his supervised release to non-reporting and remove the drug testing requirement. The Government objects to supervision being non-reporting. U.S. Probation has no objection. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Modify Conditions of Supervised Release (**DE 70**) is hereby **GRANTED.** The Defendant's supervised release shall be non-reporting if he resides outside of the United States. If the Defendant returns to the United States, he shall report to the nearest U.S. Probation Office within 72 hours of reentering the United States during his term of non-reporting supervision.

**DONE AND ORDERED** at West Palm Beach, Florida this 8th day of September 2025.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record
U.S. Probation